# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161046

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* PRATER/HICKMAN, Minors.

SC: 161046
COA: 348001
Jackson CC Family Div:
 17-000578-NA

_____/

     On order of the Court, the application for leave to appeal the February 4, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2020



bl0407

Clerk